Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
stevenmarenberg@paulhastings.com

Aaron Charfoos (*pro hac vice*)
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6016
aaroncharfoos@paulhastings.com

Emma Hutchison (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
emmahutchison@paulhastings.com

*Attorneys for Defendant*
UBISOFT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR LAKES, and ALEX RAJJOUB *on Behalf of Themselves and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>UBISOFT, INC.,<br><br>Defendant. | Case No. 4:24-cv-06943-TLT<br><br>**DECLARATION OF CRISTINA ARION IN SUPPORT OF UBISOFT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:      Honorable Trina L. Thompson<br><br>Trial date:  None set |

I, Cristina Arion, declare and state as follows:

1. I am over the age of 18 years and am competent to give this declaration.

2. I am the VP of IT Publishing for Ubisoft, Inc. ("Ubisoft"). I have been in that position since April 2023. In my capacity as VP of IT Publishing, a few of my primary responsibilities include overseeing the development and maintenance of Ubisoft's web properties, and driving continuous improvement of web platforms, focusing on performance optimization, accessibility, and compliance with industry standards.

3. I make this declaration in support of Ubisoft's Motion to Dismiss ("Declaration"). I have personal knowledge of the facts set forth herein and, if called upon to testify under oath, I could and would competently testify thereto.

4. In my capacity as VP of IT Publishing for Ubisoft, I am familiar with and have personal knowledge of the Ubisoft Website that Plaintiffs allege they visited in the Complaint, www.ubisoft.com (the "Website"), as Ubisoft owns and operates this Website.

5. When a visitor lands on the Website, they are immediately presented with a banner (the "Cookies Banner") that hyperlinks to the Website's Privacy Policy. The Cookies Banner notifies visitors that by clicking "OK" and "continuing to navigate on the site" that they "accept the use of cookies by Ubisoft and its partners to offer advertising adapted to your interests." It also presents Website visitors with the immediate option to set their cookie consent preferences. This Cookies Banner was first implemented on the Website in March 2021 and, in all material respects, remained the same through September 25, 2024, when it was updated. A true and correct copy of the Cookies Banner in place starting in March 2021 is attached hereto as **Exhibit A**. A true and correct copy of the slightly modified version of the Cookies Banner, updated on September 25, 2024, is attached hereto as **Exhibit B**. As of the date of this Declaration, the Website has a new version of the Cookies Banner, attached hereto as **Exhibit C**.

6. The Cookies Banner, as shown in Exhibits A, B, and C, allows Website visitors to select an option to "set" their cookie preferences. When selected, a new window appears ("Cookie Settings Pop-Up"), which allows website visitors to toggle "on" or "off" options

for "Analytics cookies," "Personalization Cookies," "Multimedia Player" cookies, and "Targeted Advertising Cookies." A user may also simply click "OK" to accept default settings. After making these selections, a Website visitor may then proceed to access the Website. True and correct copies of the Cookie Settings Pop-Up windows in place starting on March 2021 and updated on September 25, 2024, respectively, are attached hereto as **Exhibits D** and **E**. The Cookie Settings Pop-Up window in place as of the date of this Declaration is attached hereto as **Exhibit F**.

7. Website visitors can also manage their cookie consent preferences by clicking on the "Set cookies" hyperlink located at the bottom of every page on the Website ("Page Hyperlink"). This Page Hyperlink has been on the Website since March 2021. A true and correct screenshot of this hyperlink option is attached hereto as **Exhibit G**.

8. In order to make any subscription or product purchases on the Website, a visitor must first set up a Ubisoft user account ("Ubisoft Account"). To create a Ubisoft Account on the Website, he or she must first confirm their date of birth. After the Website visitor enters their email address, they then are prompted with another pop-up window with several checkboxes. The first checkbox confirms that users agree to "accept Ubisoft's **Terms of Use**," "**Terms of Sale**," and "**Privacy Policy**." Each of those set of terms are hyperlinked from this account set-up window ("Account Creation Page"). To create an account, a visitor must check the box accepting those three sets of terms. Further, the registration process also includes two other checkbox options, including an option to agree to share "personal and game data" with third parties for "marketing purposes." This same Account Creation Page, with a materially similar user registration flow, has been in place on the Ubisoft website since at least 2018. A true and correct copy of this Account Creation Page is attached hereto as **Exhibit H**.

9. The Website also prompts users to review its Privacy Policy via hyperlink on the Website's purchase page ("Website Checkout Page"). A hyperlink to the Privacy Policy has been in place on the Website Checkout Page since 2020. A true and correct copy of the Website Checkout Page is attached hereto as **Exhibit I**.

10. Any Website user that created a Ubisoft Account before 2020 was notified by email of changes to the Privacy Policy in 2020 and required to agree to the Privacy Policy on their next sign on. At the same time, they were also presented with the opportunity to opt in or opt out of sharing personal information with third parties. Website users are periodically prompted to reaccept the Privacy Policy (and Website Terms of Use) on other occasions. A true and correct copy of one such prompt is attached hereto as **Exhibit J**.

11. As explained in paragraphs 5, 7, 8, 9 and 10, above, the Ubisoft Privacy Policy is publicly accessible via hyperlink in the Cookies Banner, Cookie Settings Pop-Up, Page Hyperlink, Account Creation Page, and Ubisoft Website Checkout Page, and was separately emailed to certain users. A true and correct copy of the Ubisoft Privacy Policy that was in place from May 2020 through October 2023 is attached hereto as **Exhibit K**.

12. A true and correct copy of the current Ubisoft Privacy Policy, which has been in place since October 2023, including the corresponding URL, is attached hereto as **Exhibit L**.

13. Website users have the ability to withdraw their consent to information sharing. The Website's Privacy Policy hyperlinks (a) an option to change such settings through the user's Account Management Page or (b) a Cookies page. It also notes that users can change their settings on their personal devices or browsers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16 day of December 2024 in San Francisco, California.

/s/