# Exhibit B



By continuing to navigate on this site, you accept the use of cookies by Ubisoft and its partners to offer advertising adapted to your interests, collect visit statistics and allow you to use the social network share buttons.  To learn more.

SET COOKIES    OK