# Exhibit D

**SETTING COOKIES:**

You can enable and disable the types of cookies you wish to accept. However certain choices you make could affect the services offered on our sites (e.g. suggestions, personalised ads, etc.).

**Essential cookies:**

These cookies are strictly necessary for the site to work and may not be disabled. (Always enabled)

On

**Analytics cookies:**

Do you accept the use of cookies to measure the traffic to our websites?

On

**Personalisation cookies:**

Do you accept the use of cookies to provide you with a more personalised experience on our websites (similar content to your browsing history and the products ordered, etc.)?

On

**Targeted advertising:**

Do you accept the use of cookies to offer you ads tailored to your interests?

On

**Multimedia Player:**

Do you accept the use of cookies to display and allow you to watch the video content hosted by our partners (YouTube, etc.)?

On

**SAVE**