# Exhibit E



