# Exhibit J
## Intentionally Skipped