1
2
3
4
5
6
7
8
9
10
11
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR LAKES, and ALEX RAJJOUB *on Behalf of Themselves and All Others Similarly Situated*, <br><br> Plaintiffs, <br><br> v. <br><br> UBISOFT, INC., <br><br> Defendant. | Case No. 3:24-cv-06943-TLT <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT** <br><br> Judge:   Honorable Trina L. Thompson <br><br> Trial date:   None set |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon review and consideration, I hereby grant Defendant Ubisoft, Inc.'s Motion to Dismiss for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6) and dismiss all of Plaintiffs' claims with prejudice.

**IT IS SO ORDERED.**

1  Dated: _____

2                                         Honorable Trina L. Thompson
                                       United States District Court Judge