BRANDON M. WISE*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825
bwise@peifferwolf.com

*Counsel for Plaintiffs*

**admitted pro hac vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR LAKES, and ALEX RAJJOUB *on Behalf of Themselves and All Others Similarly Situated*,<br><br>Plaintiffs,<br>v.<br><br>UBISOFT, INC.,<br><br>Defendant. | Case No. 3:24-cv-06943<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing: April 01, 2025<br>Time: 2:00 p.m.<br><br>Honorable Trina L. Thompson |

Plaintiffs Trevor Lakes and Alex Rajjoub give Notice of Supplemental Legal Authority in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 32): *Lee v. Springer Nature Am., Inc.*, No. 24-CV-4493-LJL, 2025 WL 692152 (S.D.N.Y. Mar. 4, 2025) (order attached as Exhibit A). This authority supports Plaintiffs' assertion that the Court should deny Defendant's Motion to Dismiss (ECF No. 22).

Dated: March 14, 2025

Respectfully Submitted,

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**

/s/ *Brandon M. Wise*
Brandon M. Wise (*pro hac vice*)
Domenica M. Russo (*pro hac vice)*
PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Telephone: (314) 833-4825
Email: bwise@peifferwolf.com
Email: drusso@peifferwolf.com

Sara Beth Craig (BAR NO. 301290)
PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP
555 Montgomery Street, Ste. 820
San Francisco, CA 94111
Telephone: 415-766-3544
Facsimile: 415-840-9435
Email: scraig@peifferwolf.com

Mark S. Reich (*pro hac vice*)
Colin A. Brown (*pro hac vice*)
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cbrown@zlk.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On March 14, 2025 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been served.

/s/ *Brandon M. Wise*
Brandon M. Wise