United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR LAKES, et al., | Case No. 24-cv-06943-TLT |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| | Re: ECF 43 |
| UBISOFT, INC., | |
| Defendant. | |

On April 1, 2025, the Court granted Defendant's motion for dismiss with prejudice. ECF 43. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 2, 2025

_____
TRINA L. THOMPSON
United States District Judge